# United States District Court
# Central District of California

| | |
|---|---|
| ROBERT BOHLKE, individually and on behalf of all others similarly situated,<br><br>                  Plaintiff,<br><br>     v.<br><br>INTERCONTINENTAL CAPITAL GROUP, INC.; DOES 1 through 10, inclusive, and each of them,<br><br>                  Defendants. | Case № 2:17-cv-01240-ODW (AFM)<br><br><br>**ORDER DISMISSING CASE** |

///
///
///
///
///
///
///
///
///

On June 22, 2017, Plaintiff Robert Bohlke filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1).  As Defendant InterContinental Capital Group, Inc. has not answered the complaint or filed a motion for summary judgment, dismissal is proper.  Fed. R. Civ. P. 41(a)(1).  Accordingly, this case is **DISMISSED** *without prejudice*.  The pending motion for class certification (ECF No. 11) is **DISMISSED** as **MOOT**.

**IT IS SO ORDERED.**

June 23, 2017

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**